

FILED _____ ENTERED
LOGGED _____ RECEIVED

JAN 2 5 2023

GREENBELT
CLERK DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Graham Schiff**

_____

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**Anthony Brown,**

In his Official Capacity as Attorney General of Maryland
_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **MJM23CV0209**
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
        *(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Graham Schiff |
| Street Address | 7814 Aberdeen Road |
| City and County | Bethesda Montgomery |
| State and Zip Code | Maryland 20814 |
| Telephone Number | 240-200-2737 |
| E-mail Address | grahamhschiff@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Anthony Brown |
| Job or Title (if known) | Attorney General of Maryland |
| Street Address | 200 St. Paul Place |
| City and County | Baltimore |
| State and Zip Code | Maryland 21202 |
| Telephone Number | |
| E-mail Address (if known) | |

2

Defendant No. 2

    Name               _____

    Job or Title
    (if known)         _____

    Street Address     _____

    City and County    _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address
    (if known)         _____

Defendant No. 3

    Name               _____

    Job or Title
    (if known)         _____

    Street Address     _____

    City and County    _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address
    (if known)         _____

Defendant No. 4

    Name               _____

    Job or Title
    (if known)         _____

    Street Address     _____

    City and County    _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address
    (if known)         _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14th Amendment Equal Protection Clause _____

_____

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4



Statement of Claim

This is an action pursuant to 42 U.S.C. § 1983 for deprivation of civil rights under color of law, which seeks equitable, declaratory, and injunctive relief challenging the State of Maryland's statute: Md. Code, State Fin. & Proc. § 10-501 (aka The Walter Lomax Act).

This statute was significantly amended in 2021, to make it easier for wrongfully convicted persons (for the purposes of this complaint, these persons shall also be deemed victims of a malicious prosecution tort) to seek compensation from the state of Maryland. The relevant provisions of the law being challenged in this complaint are quoted as follows, and establish the necessary grounds for an administrative law judge to determine one's eligibility for compensation:

*"(b)(1) An administrative law judge shall issue an order that an individual is eligible for compensation and benefits from the State under subsection (a) of this section if:*

*(i) the individual has received from the Governor a full pardon stating that the individual's conviction has been shown conclusively to be in error; or*

*(ii) subject to paragraph (2) of this subsection, the administrative law judge finds that the individual has proven by clear and convincing evidence that:*

*1. the individual was convicted, sentenced, and subsequently confined for a felony; 2. the judgment of conviction for the felony was reversed or vacated and: A. the charges against the individual were dismissed; or*

*B. on retrial, the individual was found not guilty; 3. the individual did not commit the felony for which they were convicted, sentenced, and subsequently confined and was not an accessory or accomplice to the felony; and 4. subject to paragraph (2)(ii) of this subsection, the individual did not commit or suborn perjury, fabricate evidence, or by the individual's own conduct cause or bring about the conviction. (Md. Code, State Fin. & Proc. § 10-501)"*

Pursuant to the clearly-established federal law stemming from Supreme Court case: **Thompson v. Clark, 596 U.S. ___ (2022),** the referenced provision of Code 10-501 violates the 14th Amendment Equal Protection clause, because it unlawfully discriminates against the wrongfully accused whose cases were based on misdemeanors and/or never reached the point of an actual conviction.

While the plaintiff acknowledges that states have the right to fashion laws as they see fit, these laws cannot violates federal law, which is what is taking place under these circumstances. In *Thompson 596 U.S.,* the Supreme Court determined that to bring a 1983 suit for Malicious Prosecution, a case simply needs to be favorably terminated, without more. Because Section 10-501 stems from the same root of federal civil rights as a malicious prosecution 1983 suit, the state of Maryland must make this law to be in accordance with the Supreme Court's findings.

To establish the connection between the state law, and a federal malicious prosecution claim, please note this provision of the same law: *(ii)1. If, after receiving compensation under this subsection, an individual receives a monetary award from a civil suit or enters into a settlement agreement with the State or a political subdivision of the State for an erroneous conviction, sentence, or confinement, the individual shall reimburse the State the amount of money paid under this section less any amount paid for attorney's fees and costs for litigating the award or settlement.*

In reference to a "civil suit", one of the potential suits would be a federal 1983 lawsuit, on the grounds of malicious prosecution. As such, this court should interpret Maryland's law to be one offering redress for malicious prosecutions, and should make sure it exists in accordance with clearly-established federal law.



While it is not specifically enumerated in any federal case that the plaintiff knows of, the state law failing to offer compensation for misdemeanor wrongful accusations is a plain violation of the equal protection clause. A malicious prosecution claim, be that under any state's or federal law, does not simply become ripe or not ripe, simply because the claim involves a felony, rather than a misdemeanor.

The plaintiff's standing for filing this suit, stems from the fact that from 10/20/2022-12/5/2022, he was incarcerated for a misdemeanor case (#D-06-CR-22-005933; Removed from Public Record) which was favorably terminated via a state dismissal on 12/5/22. As such, he would like to seek compensation under Md. Code 10-501, but is barred under state law from doing so, in violation of his 14th amendment right to equal protection of law.

Relief Requested;

As such, plaintiff moves the court to issue a declaratory and/or injunctive judgment, ordering the state of Maryland to amend Section 10-501 to be in accordance with federal law, thereby allowing the wrongfully accused of misdemeanors and/or favorable termination prior to an actual conviction, to seek compensation under 10-501. Based on the preceding paragraph, this court can determine that in the aforementioned case, the plaintiff was wrongfully incarcerated for 46 days, due to a malicious prosecution. Under the relevant state law, according to the plaintiff's calculations, he should thus be entitled to approximately $11,894.96 under Section 10-501, which bases such determinations by state median household income.

Further, the plaintiff moves the court to issue a declaratory judgment, awarding Graham Schiff, $11,894.96 (or the actual monetary amount as properly determined by the state) in compensation under Maryland Code Section 10-501.

In regards to all of plaintiff's requested relief, he also asks the court for any other relief deemed necessary and/or appropriate.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

See attached

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ___1/23___, 20_23_

Signature of Plaintiff      _Graham Schiff_

Printed Name of Plaintiff      _Graham Schiff_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.      For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Address      _____

Telephone Number      _____

Email Address      _____